IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., | ) |
| | ) |
| Plaintiff / Counter Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| BCP LAND COMPANY, LLC, | ) |
| JACK REDWINE, TIMOTHY JURY, | ) |
| PHILIP LOPEZ, JURY INDUSTRIES, LLC, | ) |
| & ZEPOL INDUSTRIES, LLC, | ) Case No. 6:14-cv-03025-MDH |
| | ) |
| Defendants / Counterclaimants | ) |
| | ) |
| JACK KYNION II, GRACE PROPERTIES | ) |
| BRANSON, LLC, SJ LEGACY, LLC, | ) |
| PARKWAY ENTERPRISES, LLC, JH | ) |
| BRANSON, LLC, BUSINESS ADVISORS, LC, | ) |
| & APPLIANCE CENTER OF OZARKS, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On September 8, 2015, the Court entered an order appointing Charles E. Atwell to serve as Special Master (Doc. 230). The Special Master attended the depositions of Jack Redwine, Tim Jury, and Jack Kynion, ruled upon objections to the scope of discovery that arose therein, and incorporated his rulings into a report per the Court's order. No party has filed objections to the report and recommendation of the Special Master and the time to do so has now passed. Based on the foregoing, and pursuant to Federal Rule of Civil Procedure 53(f), the Court hereby **ADOPTS** the Special Master's Report and Recommendation (Doc. 246).

**IT IS SO ORDERED.**
Date: October 13, 2015              */s/ Douglas Harpool*
                                    **DOUGLAS HARPOOL**
                                    **UNITED STATES DISTRICT JUDGE**

1