# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BOKF, N.A., | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 14-3025-CV-S-MDH |
| BCP LAND COMPANY, LLC, et al., | ) |
|         Defendants. | ) |

## SATISFACTION OF JUDGMENT

On June 2, 2016, this Court entered a judgment ordering BOKF, N.A. to release $125,903 from the Development Period Reserve Fund to Mr. Redwine. Mr. Redwine acknowledges that BOKF, N.A. has paid the amount ordered by the Court and has fully and completely satisfied the judgment.

Respectfully submitted,

SEIGFREID BINGHAM, P.C.

/s/ Frederick H. Riesmeyer, II
Frederick H. Riesmeyer, II    MO #26062
Brad K. Thoenen    MO #59775
Gregory B. Whiston    MO #65271
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
(816) 421-4460
(816) 474-3447 (facsimile)
friesmeyer@sb-kc.com
bthoenen@sb-kc.com
gwhiston@sb-kc.com

*Attorneys for Defendants/Counterclaim Plaintiffs Jack Redwine, BCP Land Company, LLC, Zepol Industries, LLC, Jury Industries, LLC, Phil Lopez, and Tim Jury*

WA 10336593.1

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2017, this filing was served on the attorneys for every party to this action by the notice that the Court's Case Management/Electronic Case Filing system generated, and was also served via U.S. mail, addressed to:

The Estate of Jack Kynion, II
Attn. Valerie Kynion
10545 Redwing Circle
Olathe, KS 66061

Jack Kynion III
7111 W. 98th Terrace, Suite 110
Overland Park, KS 66212

/s/  Frederick H. Riesmeyer, II
An attorney for BOKF, N.A.